# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN,SS.

UNITED STATES DISTRICT COURT
DEPARTMENT
OF THE TRIAL COURT
CA # 04-30172MAP

ROBERT DADE )
    PLAINTIFF )
     )
V. )
     )
BOLAND BUILDERS, INC., )
THOMAS M. BOLAND, STUART JONES )
AND MARY ROSE JONES )
    DEFENDANTS )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

    Please enter my appearance as attorney for defendants Stuart Jones and Mary Rose Jones in the above entitled action.

_____
Attorney for Defendants
Stuart Jones and Mary Rose Jones
Daniel H. Rider, Jr., Esq.
Law Offices of John N. White
1500 Main Street, Suite 922
P.O. Box 15369
Springfield, MA 01115-5369
(413) 788-0200
Fax (413) 788-7526
BBO# 552354

## CERTIFICATE OF SERVICE

I, Daniel Rider Jr., Esq., do hereby certify that on September 27, 2004, I have caused a copy of the foregoing document to be served on the parties to the action by mailing, on the above date, a copy, postage prepaid to: Atty. Jack F. St. Clair Esq., 73 Chestnut Street, Springfield, MA, 01103; and Thomas M. Boland, Boland Builders, Inc. 14 Nicholson Road, Southwick, MA 01077.

_____
Daniel Rider Jr., Esq.
BBO# 552354