UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

CIVIL ACTION NO. 04-30172-MAP

| | |
|---|---|
| ROBERT DADE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| BOLAND BUILDERS, INC.,<br>THOMAS M. BOLAND, STUART JONES<br>AND MARY ROSE JONES,<br>    Defendants | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, BOLAND BUILDERS, INC. AND THOMAS BOLAND, in the above-captioned matter.

THE DEFENDANTS
BOLAND BUILDERS, INC. AND
THOMAS M. BOLAND


By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402


CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 30th day of September, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Jack F. St. Clair, Esq., 73 Chestnut Street, Springfield, MA  01103; and Stuart and Mary Rose Jones, 169 Worthington Road, Huntington, MA.

Subscribed under the penalties of perjury.

  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

378299