UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

CIVIL ACTION NO. 04-30172-MAP

| | |
|---|---|
| ROBERT DADE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| BOLAND BUILDERS, INC.,<br>THOMAS M. BOLAND, STUART JONES<br>AND MARY ROSE JONES,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## **DEFENDANTS' BUDGET 16.1 CERTIFICATION**

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: *[signature]*
Susan Duda
Authorized Representative of
General Casualty Insurance Companies
P. O. Box 519
Simsbury, CT 06070

By: *[signature]*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: 10/1/04

378302