COMMONWEALTH OF MASSACHUSETTS

HAMPDEN,SS.  
UNITED STATES DISTRICT COURT  
DEPARTMENT  
OF THE TRIAL COURT  
CA # 04-30172MAP

ROBERT DADE )
    PLAINTIFF ) JOINT EMERGENCY MOTION OF
) DEFENDANT STUART JONES
V. ) AND MARY JONES' TO
) CONTINUE SCHEDULING
BOLAND BUILDERS, INC., ) CONFERENCE
THOMAS M. BOLAND, STUART JONES )
AND MARY ROSE JONES )
    DEFENDANTS )
)

    The Defendants Stuart Jones and Mary Jones, by their attorney, hereby move this Honorable Court to continue the Scheduling Conference which is currently scheduled for December 7, 2004 in the above captioned case. As reasons therefore, the defendants' attorney states that he has been called to the Berkshire County Superior Court for Trial to begin on December 7, 2004 in the matter of Spagnuolo v. David Chambers and the City of Pittsfield C.A. No. BECV2003-00287.

    All parties have agreed to continue the Scheduling Conference to December 20, 2004 at 1:00 p.m. or as soon thereafter as possible.

    All attorneys of record have assented to this motion.

    THE DEFENDANTS,  
    Stuart Jones and Mary Jones

    Their Attorney  
    Daniel H. Rider, Jr., Esq.  
    1500 Main Street, Suite 922  
    P.O. Box 15369  
    Springfield, MA 01115-5369  
    (413) 788-0200  
    Fax (413) 788-7526  
    BBO # 552354

ASSENTED TO:

THE PLAINTIFF
Robert Dade

*/s/ Jack F. St. Clair*

Jack F. St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-5000
Fax: (413) 731-1302
BBO NO. 438100

ASSENTED TO:

THE CO-DEFENDANTS
Boland Builders, Inc. and Thomas M. Boland

*/s/ Nancy Frankel Pelletier*

Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Man Street, Suite 1600
Springfield, MA 01115
(413) 732-2301
Fax: (413) 785-4658
BBO NO. 544402

## CERTIFICATE OF SERVICE

I, Daniel H. Rider, Jr., Esq., do hereby certify that on December 6, 2004, I have caused a copy of the foregoing Joint Emergency Motion to Continue Scheduling Conference to be served on the parties to the action by facsimile and by mailing, on the above date, a copy, postage prepaid to: Jack St. Clair, Esq., 73 Chestnut Street, Springfield, MA 01103; and Nancy Frankel Pelletier, Esq., Robinson Donovan P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

*/s/ Daniel H. Rider, Jr.*

Daniel H. Rider, Jr., Esq.
BBO# 552354

# LAW OFFICES OF JOHN N. WHITE
1500 MAIN STREET, SUITE 922
SPRINGFIELD, MASSACHUSETTS 01115

PHONE (413) 788-0200
FACSIMILE (413) 788-7526

## FACSIMILE TRANSMISSION COVER SHEET

**DATE:** 12-6-04

**TO:** U.S. District Court

**OFFICE:** Clerk's office - Civil

**FAX NO:** 785-0204

**TELEPHONE:** _____

**PAGES:** 03

**Case Name:** Dade v. Boland Builders et als

**FROM:** Susan, atty Dan Rider's office

**OFFICE:** Law Offices of John N. White

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL:** 413-788-0200

Emergency Motion to Continue attached per our conversation. Su—

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, then please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.