UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT DADE,              ) | | |
|        Plaintiff     ) | | |
| )  | | |
| v.                                    ) | Civil Action No.  04-30172-MAP | |
| )  | | |
| BOLAND BUILDERS, et al.,  ) | | |
|        Defendants  ) | | |

SCHEDULING ORDER
December 20, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by January 29, 2005.

2. Amendments to the pleadings shall be filed by February 28, 2005.

3. All written discovery shall be served by May 31, 2005.

4. Non-expert depositions shall be completed by September 30, 2005.

5. Counsel shall appear for a case management conference on October 5, 2005, at 2:00 p.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

7. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

8. All expert depositions shall be completed by January 31, 2006.

IT IS SO ORDERED.

DATED: December 20, 2004

                                         /s/ Kenneth P. Neiman
                                         KENNETH P. NEIMAN
                                         U.S. Magistrate Judge