AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: 04-30172-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as ~~counsel~~ (pro counsel) in this case for the Plaintiff Robert Dade

DOCKETED

Date: 12/20/04

Signature: Mac. Potty

Print Name: Mary Patryn

Address: 73 Chestnut St.

City: Spfld, State: MA, Zip Code: 01103

Phone Number: (413) ~~96-73~~ 737-5200