UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DADE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-30172-MAP |
| ) | |
| BOLAND BUILDERS, INC., ) | |
| THOMAS M. BOLAND, STUART ) | |
| JONES AND MARY ROSE ) | |
| JONES ) | |
|     Defendants ) | |

CERTIFICATION
(L.R. 16.1(D))

Counsel for the Plaintiff and the Plaintiff certify by their signatures below, and all pursuant to Local Rule 16.1(D), that the Plaintiff and the Plaintiff's counsel have conferred as to:

1. Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and

2. Considering the resolution of litigation through the use of alternative dispute resolution programs.

_____
The Plaintiff
Robert Dade

_____
JACK F. ST. CLAIR, ESQ.
BBO #438100
MARY H. PATRYN, ESQ.
BBO #633114
73 Chestnut Street
Springfield, MA 01103
(413) 737-5000 - telephone
(413) 731-1302 - facsimile

Dated:   1/10/05