## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPDEN,SS. | UNITED STATES DISTRICT COURT<br>DEPARTMENT<br>OF THE TRIAL COURT<br>CA # 04-30172MAP |

ROBERT DADE )
    PLAINTIFF )
)
V. )
)
BOLAND BUILDERS, INC., )
THOMAS M. BOLAND, STUART JONES )
AND MARY ROSE JONES )
    DEFENDANTS )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and the undersigned defendants, Stuart Jones and Mary Rose Jones, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE DEFENDANTS,

_____       _____
Their Attorney      Stuart Jones
Daniel H. Rider, Jr., Esq
Law Offices of John N. White      _____
1500 Main Street, Suite 922      Mary Rose Jones
Springfield, MA  01115-5369
(413) 788-0200
(413) 788-7526
BBO# 552354

## CERTIFICATE OF SERVICE

I, Daniel H. Rider, Jr., Esq., do hereby certify that on January 19, 2005, I have caused a copy of the foregoing document to be served on the parties to the action by mailing, on the above date, a copy, postage prepaid to: Jack St. Clair, Esq., 73 Chestnut Street, Springfield, MA 01103; and Nancy Frankel Pelletier, Esq., Robinson Donovan P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

_____
Daniel H. Rider, Jr., Esq.
BBO# 552354