UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30172-MAP

| | |
|---|---|
| *ROBERT DADE,*<br>  *Plaintiff* | )<br>)<br>)<br>) |
| *v.* | ) NOTICE OF APPEARANCE<br>) |
| *BOLAND BUILDERS, INC., THOMAS*<br>*M. BOLAND, STUART JONES AND*<br>*MARY ROSE JONES,*<br>  *Defendants* | )<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-NAMED COURT:

PLEASE ENTER MY APPEARANCE as co-counsel for the Plaintiff, Robert Dade.

John A. Cvejanovich, BBO #549285
O'CONNELL, FLAHERTY & ATTMORE
1350 Main Street
Springfield, MA 01103
(413) 747-1773 (phone)
(413) 746-1529 (fax)

CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on 9/19/05 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to all counsel of record.

John A. Cvejanovich