UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT DADE,                         )
            Plaintiff        )
                                     )
v.                                   )   Civil Action No.  04-30172-KPN
                                     )
                                     )
BOLAND BUILDERS, et al.,             )
            Defendants   )

FURTHER SCHEDULING ORDER
November 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

3. All expert depositions shall be completed by January 31, 2006.

4. Motions for summary judgment, if any, shall be filed by February 17, 2006, with oppositions filed by March 3, 2006.

5. Trial shall commence on April 24, 2006, at 9:00 a.m.  Counsel shall appear for a final pretrial conference on April 13, 2006, at 1:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order

entered this date.

IT IS SO ORDERED.

DATED:   November 4, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge