UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DADE<br>    PLAINTIFF | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-30172-MAP<br>) |
| BOLAND BUILDERS, INC.,<br>THOMAS M. BOLAND, STUART JONES<br>AND MARY ROSE JONES<br>    DEFENDANTS | )<br>)<br>)<br>)<br>) |

### DEFENDANTS STEWART JONES AND MARY ROSE JONES' MOTION FOR SUMMARY JUDGMENT

Now come the defendants Stewart Jones and Mary Rose Jones and move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that judgment enter in their favor as to all claims of the Plaintiff. In support of this motion, the defendants Stewart Jones and Mary Rose Jones state that there are no genuine issues of material fact and that they are entitled to judgment as a matter of law. The grounds for this motion are further set forth in the Memorandum submitted herewith.

Respectfully submitted:

_____
Attorney for Defendants
Stewart Jones and Mary Rose Jones
Daniel H. Rider, Jr., Esq.
Law Offices of John N. White
1500 Main Street, Suite 922
P.O. Box 15369
Springfield, MA 01115-5369
(413) 788-0200
BBO #552354

## CERTIFICATE OF SERVICE

      I, Daniel H. Rider, Jr. Esq., do hereby certify that on February 17, 2006, I have caused a copy of the foregoing document to be served on the parties to the action by mailing, on the above date, a copy, postage prepaid to: John A. Cvejanovich, Esquire, O'Connell Flaherty & Attmore, 1350 Main Street, Springfield, MA 01103 and Nancy Frankel Pelletier, Esq., Robinson Donovan P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

                                                Daniel H. Rider, Jr., Esq.
                                                BBO# 552354