HAMPSHIRE INSPECTION PROGRAM

# Building Permit
## Town of Huntington

Date of Issue: 4 December 2000

Permit Number: 19300
Fee: $287.90
Building Site: 169 Worthington Rd
Permit For: Addition
Square Footage: 960

Map: 324 / Lot: 88
Use Group: R4 - Construction Type: 5B
Owner: Jones, Stewart
Owner's Address: 169 Worthington Rd
Contractor: Thomas Boland

This Permit is granted, provided that the person accepting this permit shall in every respect conform to the terms of the application on file with the building official, and to the provisions of the town Bylaws, regulations, special permits, or other restrictions. The permit holder shall also conform to the Massachusetts State Building Code and all other applicable Local and Federal laws and regulations.

Approved plans must be retained on the work site, and this card kept posted until final inspection has been made. Where a certificate of occupancy is required, such building shall not be occupied until final inspection has been made. Where applicable, separate permits are required for Electrical, Plumbing, and Mechanical installations.

This permit shall become valid upon receipt of the permit fee.

This permit shall become null and void if work is not started within six months of date of issue as noted above.

Signatures for required inspections shall be made on the reverse side of this card.

*Paul F. Facy*, Building Commissioner, Town of Huntington

# HAMPSHIRE INSPECTION PROGRAM

## HOMEOWNER LICENSE EXEMPTION
(Required if applicant is not a licensed contractor)

**DEFINITION OF A HOMEOWNER:**
Person(s) who own a parcel of land on which he/she <u>resides or will reside</u>, on which there is, or is intended to be, a <u>one to three family dwelling</u>, attached or detached structures accessory to such use and/or farm structures. A person who constructs more than one home in a two-year period shall not be considered a homeowner. Such homeowner shall submit to the Building Commissioner on this form that he/she <u>shall be responsible for all such work performed under the building permit.</u>

As acting Construction Supervisor, your presence on the job site shall be required from time to time, during and upon completion of the work for which the permit is issued.

Also be advised that with reference to GL Chapter 152 (Workers' Compensation) and Chapter 153 (Liability of Employers to Employees Laws Annotated), you may be liable for persons you hire to perform work for you under this permit.

------------------------------------------------------------

*The undersigned certifies that he/she qualifies as a Homeowner as defined above, and <u>assumes responsibility for compliance</u> with the Massachusetts State Building Code, state and local zoning laws, and Massachusetts General Laws Annotated.*

_____    _____
*Job location*                                                  *Town*

_____    _____
*Signature of Homeowner*                                        *Date*