1

UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss

Civil Action No. 04 30172 KPN

ROBERT DADE,
        Plaintiff

v.

BOLAND BUILDERS, INC.,
THOMAS BOLAND, STUART HONES
and MARY ROSE JONES,
        Defendants

  DEPOSITION OF: ROBERT DADE, taken before
MYREL J. WILLIAMS, Notary Public and Court
Reporter, pursuant to the applicable
Massachusetts Rules of Civil Procedure, at the
LAW OFFICES OF ROBINSON DONOVAN, P.C., 1500 Main
Street, Springfield, Massachusetts, on January
20, 2006.

Myrel J. Williams
Certified Shorthand Reporter -1393S95

---

INDEX

WITNESS        DIRECT CROSS REDIRECT RECROSS

Robert Dade    *4   **72

  * By Ms. Pelletier
 ** By Mr. Rider
*** By Mr. Cvejanovich

EXHIBITS:                      PAGE:

Exhibit 1, document................ 80
Exhibit 2, photographs............. 93

---

1 APPEARANCES:
2
3 FOR THE DEFENDANT:
4 O'CONNELL, FLAHERTY & ATTMORE
5 1350 Main Street
6 Springfield, MA 01103
7 (413) 747-1773
8    BY: JOHN A. CVEJANOVICH, ESQ.
9
10 FOR THE PLAINTIFF:
11 ROBINSON DONOVAN, P.C.
12 1500 Main Street
13 Springfield, MA  01115
14 (413) 732-2301
15    BY: NANCY F. PELLETIER, ESQ.
16
17 FOR THE PLAINTIFF:
18 LAW OFFICES OF JOHN N. WHITE
19 1500 Main Street, Suite 900
20 Springfield, MA  01105
21 (413) 788-0200
22    BY: DANIEL H. RIDER, ESQ.
23
24  ALSO PRESENT: Shawn Breault, Liberty Mutual

---

STIPULATIONS

   It is agreed by and between the parties that all objections, except objections as to the form of the questions, and all motions to strike unresponsive answers are reserved and may be raised at the time of trial for the first time.
   It is further agreed by and between the parties that the sealing, and the notification to all parties of the receipt of the original deposition transcript is hereby waived.

     ROBERT DADE, Deponent, having first been duly sworn and identified, deposes and states as follows:

     MS. PELLETIER: Before we begin the deposition, for the record, we were advised by plaintiff's counsel that he has no form of identification whatsoever on him. He left his driver's license at home and his wallet is not on him either. Plaintiff's counsel has just met him for the first time today so cannot attest to the fact he is, in fact, the

Q. mean? What is the best thing -- I have more knowledge, so I kind of like -- we do work together. It's tough to explain, I guess.

Q. Are you aware of any written contracts that relate to this project?

A. How do you mean?

Q. Do you know what a contract is?

A. I know what a contract is, yes.

Q. Are you aware of any written contracts that relate to this project?

A. No.

Q. Do you claim there was a written contract for the installation of the roof?

A. Yes, I actually saw it. The Watstein and Watstein over in -- let's see, how do I say that? He needed a copy of it. I got a copy from Seamless Metal Roofing and I brought a copy to Watstein and Watstein and that is when I saw the contract.

Q. So the contract that existed with regard to the roof was between Seamless Metal Roofing and whom?

A. I believe it was Tom Boland, I'm not exactly sure. It's been awhile.

37

Q. To your knowledge at any point did anybody tell either Boland builders or the owner of the property that it would not be Seamless Metal Roofing but you that would be performing the work on this job, correct?

A. As far as I know.

Q. You have the same name as your father, is that fair to state?

A. Our middle initials are different his is Ernest and mine is Joseph.

Q. But you're both named Robert Dade?

A. Yes.

Q. Is the contract that you saw signed be Robert Dade?

A. I don't recall. It's been a couple of years.

Q. Is that the only contract that you're aware of that relates to this project?

A. Yes.

Q. How did you know when it was that it was time for you to go out to the site?

A. When I finished the job beforehand, which I don't remember when that was.

Q. How did you know that the building

38

would be ready for you to work on?

A. My father handled that part.

Q. Your father would tell you it was time to go?

A. He would say, Bob, you have to bend up this amount of drip edge to get started. I would bend it up and bring it out with a roll and the machine and start the job. He would give me the address. Some times he would drive out there with me and some times he just gave me the address.

Q. Other than the conversation that you had out at the garage building with Mr. Boland, did you have any other conversations before you began your work on the garage building?

A. Not that I recall, no.

Q. Are you aware of whether Mr. Moffit had any kind of conversations with Mr. Boland or anyone from Boland Builders before you began your work on the garage building?

A. I don't know that answer.

Q. What was the condition of the house as opposed to the garage building when you first arrived on the site?

39

A. Well, they had the main building and they put an addition to the left of it, if you're looking at it from the garage. It was new construction obviously. They had tarpaper on the roof. That is as much as I can explain it.

Q. It's your testimony that the tarpaper was on the roof the first day you were on the site?

A. I believe so. It was either that or the next morning.

Q. The next morning would be the day of the incident?

A. Yes.

Q. Did you have any discussions with Mr. Boland at any time regarding when it was that you were supposed to begin your work on what you're calling the main building?

A. Yes.

Q. What did he tell you?

A. I went up on the roof, and I was talking to him. I believe if you're looking out from the garage, I would be the closest to the garage, the front of the house to the left. I was standing there talking to him and discussing

40

```
 1  the roof. I said I would measure the drip edge
 2  to get the final amount. My father gives me the
 3  amounts to start with. I go measure how much
 4  more I need. He said he had skylights going in
 5  and I said, okay, that's no problem. He asked me
 6  about the flashings. I said the flashing is no
 7  problem, we bend our own flashing, just when you
 8  put the skylights in, we'll flash accordingly and
 9  put the roof on. He pointed towards the area on
10  the flat roof on the other side. He never
11  mentioned he had the wood cut out and it was
12  papered at the time so I had no knowledge that
13  those holes were there. That is basically it.
14       Q.   The question that I asked you sir
15  was about a conversation as to when you would
16  begin your work on that building?
17       A.   I'm sorry, I got sidetracked. I
18  believe that was a Friday, if I'm remembering
19  right, it would be the following Monday.
20       Q.   So he told you that you would not
21  begin your work until the following Monday?
22       A.   No, he asked me when would you be
23  starting the main roof and I told him on Monday.
24       Q.   What was the date Monday?
```
41

```
 1       A.   I don't recall.
 2       Q.   So your testimony is that --
 3       A.   That would the 10th.
 4       Q.   So you told Mr. Boland that you
 5  would not begin your work until the 10th of
 6  September 2001?
 7       A.   Right.
 8       Q.   You told him that prior to your
 9  fall?
10       A.   Yes.
11       Q.   You told him that while you were
12  standing on the roof?
13       A.   Yes.
14       Q.   After he told you that there were
15  skylights going in?
16       A.   Yes.
17       Q.   You believe that that conversation
18  took place on a Friday?
19       A.   Yes, I believe so.
20       Q.   Was that the same day you claim you
21  fell?
22       A.   Yes, it was the same day I fell,
23  that's for sure.
24       Q.   Let's go back and talk about the day
```
42

```
 1  that you fell beginning with your arrival on the
 2  site, and that is September 7th 2001, correct?
 3       A.   Yes.
 4       Q.   Tell me everything you can recall
 5  happening from the time you arrived on September
 6  7th 2001 until the time of your fall?
 7       A.   We arrived in the morning. We had
 8  the top part of the barn or garage to do because
 9  it's shaped with the sides up like that and the
10  top like that, we had to finish the top. At the
11  time we got finished with the top of it, or I
12  think before we finished, I went up to talk to
13  Tom about 10 o'clock in the morning or something
14  like that. I talked to him. I went back down.
15  We finished that up and then I had to get the
16  amount of drip edge I need. I went to talk to
17  Mike Moffit.
18       Q.   When you went up to talk to Tom,
19  where did you go?
20       A.   I went on the roof. That is where
21  he was working with -- I think another guy was
22  working with him.
23       Q.   Is that the conversation that you
24  just described?
```
43

```
 1       A.   Yes.
 2       Q.   So you went up on the roof
 3  approximately 10 o'clock in the morning. You had
 4  a conversation with Mr. Boland and he advised you
 5  there were skylights going in that roof and then
 6  you came off the roof and you went back to the
 7  barn area?
 8       A.   Yes.
 9       Q.   What happened after that?
10       A.   Well, we finished up the barn and
11  then Mike Moffit and I went back up to the main
12  building and we began to measure the drip edge so
13  we'd get the right amount.
14       Q.   Who was there besides you and Mike
15  Moffit?
16       A.   Mickey V.
17            MR. CVEJANOVICH: For the record,
18       you mean on the job or on the roof where he
19       fell.
20            MS. PELLETIER: No one said he was
21       on the roof at the time he was measuring the
22       drip edge.
23            THE WITNESS: Well, I was on -- you
24       have to be on -- you don't have to, but we do
```
44

```
 1   it on the roof to get a more accurate
 2   footage.
 3           MR. CVEJANOVICH:  Generally who's
 4   on the job site you're asking?
 5      Q.   (By Ms. Pelletier)  I'm asking who
 6   was doing the measurement?
 7      A.   Mike Moffit and I.
 8      Q.   Where was Mr. Boland?
 9      A.   He was not on the job site, he left.
10      Q.   So the last conversation that you
11   had with Mr. Boland prior to you going back on
12   the roof was that you were going to begin the
13   roof on September 10th?
14      A.   Correct.
15      Q.   Mr. Boland was not there when you
16   decided to go back on the roof after that
17   conversation, correct?
18      A.   Right.
19      Q.   He had no knowledge you went back up
20   on the roof at that time, correct?
21      A.   I'm not sure if I told him I needed
22   to get the footage of the drip edge or not.  I
23   might have.  I might not have.
24      Q.   He certainly wasn't there?
                                                45
 1      A.   He certainly was not there.
 2      Q.   Do you know where he was?
 3      A.   No.
 4      Q.   Did you have any conversations with
 5   Mr. Boland at any time while you were inside of
 6   the building?
 7      A.   No, not to my knowledge.  I don't
 8   even think I went inside the building but maybe
 9   once.
10      Q.   What did you do when you were inside
11   the building?
12      A.   I'm not even sure.  I'm not even
13   sure if I went inside the building.  I know I was
14   inside when I fell through it.
15      Q.   You were telling me about being back
16   on the roof with Mike Moffit measuring the
17   flashing?
18      A.   Yes, drip edge, um-hum.
19      Q.   Did you ever have any conversations
20   with Mr. Boland about the appropriate type of
21   flashing to use when installing skylights on a
22   roof that was going to be a metal roof?
23      A.   Yeah, that was part of our
24   discussion.  I said we would bend our own.  They
                                                46
 1   have kits that come with the skylights, but that
 2   is for roofing shingles.  We build a full length
 3   instead of having all these pieces.  That is
 4   basically how that works.
 5      Q.   Did you ever have any conversations
 6   with Mr. Boland while inside the building?
 7      A.   No.
 8      Q.   Did you ever have any conversation
 9   inside the building while Mr. Stuart Jones was
10   present?
11      A.   I'm not sure.  I remember talking to
12   him, but I'm not sure if it was inside the
13   building or not.
14      Q.   Do you have any recollection of
15   having the skylights pointed out to you while you
16   were inside the building?
17      A.   No, not at all.  If I would have
18   seen -- can I go on?
19      Q.   Sure.
20      A.   If I would have seen the skylights
21   were papered like that from underneath, I would
22   have asked him to cut them out or I would have
23   plywood them myself because it's just a safety
24   thing, you know.
                                                47
 1      Q.   It's a safety thing for who?
 2      A.   Anybody, his workers, me, anybody
 3   that goes up on that roof, even Tom Boland
 4   himself.  You can call that like a trap like they
 5   used to do with bears and lions.  They dug a hole
 6   and camouflaged it and they walked across and
 7   fell through.
 8      Q.   You agree with me, sir, you knew
 9   there were skylights going in the roof if you
10   didn't know there were holes there, right?
11      A.   I knew there were skylights.  I
12   didn't know there were holes.
13      Q.   You knew there were skylights when
14   you went back on the roof a second time on
15   September 7, 2001?
16      A.   Yes.
17      Q.   What, if any, steps did you take to
18   determine whether or not the holes had been cut
19   out?
20      A.   I didn't see any reason for anyone
21   to cut a hole before they put the skylight in.
22      Q.   That's not my question.  What, if
23   anything, did you do to determine that the holes
24   had been cut out?
                                                48
```

```
 1   A.   What did I do, nothing.
 2   Q.   What did Mr. Moffit do?
 3   A.   Nothing.
 4   Q.   Was Mr. Moffit present when Mr.
 5 Boland advised you that there was going to be
 6 skylights in the building?
 7   A.   No.
 8   Q.   It was just you and Mr. Boland?
 9   A.   Yes.
10   Q.   Did you tell Mr. Moffit before you
11 went up on the roof that there were going to be
12 skylights?
13   A.   Yes.
14   Q.   He didn't do anything to figure out
15 if they'd been cut out yet?
16   A.   No.
17   Q.   To your knowledge was Mr. Moffit
18 ever on the inside of the building?
19   A.   I'm not sure.
20   Q.   Did you request permission of
21 anybody prior to going on the roof the second
22 time?
23   A.   I don't believe I need permission
24 to --
                                              49
```

```
 1   Q.   That's not my question, sir.  Did
 2 you request permission to anyone --
 3   A.   No.
 4   Q.   You need to wait until I complete
 5 the question.  Did you request permission of
 6 anyone prior to going on the roof a second time?
 7   A.   No.
 8   Q.   Did you advise anyone on the site
 9 you were going on the roof a second time?
10   A.   No.
11   Q.   What happened when you went on the
12 roof the second time?
13   A.   We began to measure the drip edge on
14 the far side of the building, the furthest away
15 from the garage.  We started to come this way.
16 One guy holds the ruler on one end, we rule it
17 out, take the measure.  We got to the other
18 side, started to walk across with the ruler, and
19 I was falling through.
20   Q.   Do you remember where you landed?
21   A.   I landed on the plywood, I believe
22 that would be the kitchen.
23   Q.   Do you have any recollection of
24 having ever been in that kitchen before?
                                              50
```

```
 1   A.   No.
 2   Q.   How did you know it was the kitchen?
 3   A.   I was told afterwards.
 4   Q.   By whom?
 5   A.   I don't recall.
 6   Q.   What happened when you landed?
 7   A.   Well, I tried -- when I was falling
 8 through, I knew what was going on right away.  I
 9 knew this guy cut the skylights out.  So it was
10 all black and then I could see something, like
11 this big silver thing.  I don't know if it was a
12 vacuum or whatever.  I tried to kick it out of my
13 way.  I think I landed feet first and then I went
14 to my rear.  I hit my nose on the way through so
15 I was bleeding through the nose.  The homeowner,
16 the wife, she gave me a rag for my nose.  I held
17 that and I laid there.  I could tell -- I could
18 feel the pain in my foot.  They called the
19 ambulance and the ambulance came and carried me
20 to the house and put me in the ambulance and
21 brought me to Noble Hospital.
22   Q.   Did you have any conversations with
23 Mrs. Jones after you fell through the roof?
24   A.   Yes.
                                              51
```

```
 1   Q.   What did you say --
 2   A.   Yes, I told her -- I said, I can't
 3 believe they cut the holes out.  I kept saying
 4 over and over.  She said, I know, I know, I don't
 5 know why he did that.  I don't know why he did
 6 that.
 7   Q.   Mrs. Jones said that?
 8   A.   Yes, I remember that very
 9 distinctly.
10   Q.   Who else was present when that
11 conversation allegedly took place?
12   A.   I believe Mikey V was there.  He
13 heard me fall through the roof.  He was on the
14 bar.  He said he was there like in no time.
15 That is what he told me.
16   Q.   When did you talk to him about it?
17   A.   I'm not sure if it was in the
18 hospital or after.
19   Q.   Did you have any conversations with
20 Mr. Jones?
21   A.   Not that I recall.
22   Q.   Do you recall ever telling Mrs.
23 Jones that you forgot that the skylights had been
24 cut out?
                                              52
```