## Page 1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                          Civil Action No. 04-30172-MAP
ROBERT DADE,
              Plaintiff,
    vs.

BOLAND BUILDERS, INC., THOMAS
M. BOLAND, STUART JONES AND
MARY ROSE JONES,
              Defendants.


        DEPOSITION OF:  THOMAS BOLAND, called by
counsel for the Plaintiff, taken pursuant to the
Federal Rules of Civil Procedure before Leigh B.
Gershowitz, Certified Shorthand Reporter, Registered
Merit Reporter, Certified Realtime Reporter and
Notary Public, at the Offices of O'Connell, Flaherty
& Attmore, 1350 Main Street, Springfield,
Massachusetts, on Friday, October 21, 2005,
commencing at 2:00 p.m.

APPEARANCES:

        See Page 2









            Leigh B. Gershowitz, CSR, RMR, CRR
                 Certified Shorthand Reporter
                   Registered Merit Reporter
                   Certified Realtime Reporter
```

## Page 2

**APPEARANCES:**

**FOR THE PLAINTIFF:**

O'CONNELL, FLAHERTY & ATTMORE
1350 Main Street
Springfield, Massachusetts 01103
(413) 747-1773
BY: JOHN A. CVEJANOVICH, ESQUIRE

**FOR THE DEFENDANTS, STEWART JONES AND MARY ROSE JONES:**

LAW OFFICES OF JOHN N. WHITE
1500 Main Street, Suite 922
Springfield, Massachusetts 01115-5369
(413) 788-0200
BY: DANIEL H. RIDER, JR., ESQUIRE

**FOR THE DEFENDANTS, BOLAND BUILDERS, INC. AND THOMAS BOLAND:**

ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
(413) 785-4658
BY: NANCY FRANKEL PELLETIER, ESQUIRE

-AND-

LAW OFFICES OF MICHAEL F. JOSEPH
82 Maple Street
Springfield, MA 01105
(413) 737-3549
BY: MICHAEL F. JOSEPH, ESQUIRE

**Also in Attendance:**

Shawn, Liberty Mutual Insurance Company

## Page 3

I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| THOMAS BOLAND | 5 | 57 | 67 | |

| EXHIBITS: | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Statement | 54 |

## Page 4

S T I P U L A T I O N S

It is agreed by and between the parties that all objections, except as to the form of the question, are reserved to be raised at the time of trial for the first time.

It is further agreed by and between the parties that all motions to strike unresponsive answers are also reserved to be raised at the time of trial for the first time.

It is also agreed that the deponent will read and sign the deposition.

It is further agreed by and between the parties that notification to all parties of the receipt of the original deposition transcript is also hereby waived.

## Page 17

1  in relationship to the tarp -- the tarpaper going on?
2  Obviously, they were cut first, but a day or two
3  before, a week before? Do you recall?
4      A.   Actually, it would be like the day before
5  because this part was just being framed up as we
6  went. Basically, the plywood goes on and they're
7  covered up and we cut them and the paper goes across
8  and then we set the skylights.
9      Q.   And typically do the skylights go in before
10 the metal roof that goes on?
11     A.   I'm not really familiar with the metal
12 roof. Under normal circumstances with shingles, the
13 skylights would go in and then we shingle around it.
14     Q.   On this particular job, what was the
15 construction plan? What was the plan that you had in
16 mind, in terms of the progress? Were you planning to
17 have the skylights fully installed before the metal
18 roof went on or what?
19     A.   Yes.
20     Q.   Before Robert Dade's -- strike that.
21          There's been testimony about a walk-through
22 that occurred shortly before Robert Dade's accident;
23 do you recall that at all?

## Page 18

1      A.   The walk-through would probably be with the
2  discussion of the skylights on the inside of the
3  house.
4      Q.   Right. And do you recall that event?
5      A.   Yes.
6      Q.   Do you recall when that was in relationship
7  to Robert Dade's accident?
8      A.   That afternoon. Or even later than that.
9  It was during the same day.
10     Q.   Okay. The walk-through was the same day
11 that Mr. Robert Dade got hurt?
12     A.   Yes.
13     Q.   The walk-through, what was the condition of
14 the exterior of the roof? Had the plywood been put
15 in?
16     A.   The plywood was partially put in where the
17 area of the skylight was, yes.
18     Q.   And the skylight holes had been cut?
19     A.   The skylight holes had been cut.
20     Q.   Looking at the top picture as a kind of a
21 guide, how far from the left-hand edge to the center
22 of the house had been plywooded?
23     A.   Just to the left of the skylight because

## Page 19

1  the existing -- this part over the porch to the left,
2  maybe eight or nine feet didn't even exist yet.
3      Q.   So the roof had been installed and the
4  plywood up from the center of the house?
5      A.   No. Just from -- actually, just maybe
6  three feet to the right of the skylight -- the right
7  skylight and three feet to the left of the left
8  skylight.
9      Q.   So just the area surrounding the skylights
10 themselves?
11     A.   The skylights, exactly.
12     Q.   And in addition to the plywood being there,
13 had the tarpaper been put up there as well?
14     A.   The tarpaper was put in after I put the
15 plywood up, or consecutive order, actually, the next
16 day.
17     Q.   And that was before the walk-through?
18     A.   That was before the walk-through, yes.
19     Q.   Now, what was the condition of the area,
20 between the right-hand edge of the new plywood and
21 the center area of the house where the design sort of
22 changes?
23     A.   Part of it was an existing house and then

## Page 20

1  maybe -- I don't recall the exact measurements --
2  about three or five feet or maybe even further to the
3  right of the skylight -- of the right skylight was --
4  that's where the addition was and that's where the
5  plywood was.
6      Q.   Was any of it open to the air? If you
7  stood underneath it, could you see out into the open?
8      A.   From underneath?
9      Q.   Right.
10     A.   Yes. It was still being -- it was still
11 rough frame construction.
12     Q.   What was done to prevent rain from getting
13 in?
14     A.   That was in the process of doing it right
15 then and there. We were trying to put felt paper
16 down and try to put ice and water down to seal it up
17 to keep the water from coming in the side of the
18 house into the main body of the house.
19     Q.   And was that done before Mr. Dade's
20 accident, do you know?
21     A.   It was in the process of being done.
22     Q.   Was it completed before his accident?
23     A.   No. It wasn't completed.

37

1 meant.
2  A.  "I believe they started in early September
3 2001."
4  Q.  Okay. So started the roofing early
5 September 2001?
6  A.  That's correct.
7  Q.  Okay. Go ahead.
8  A.  "They had a crew of five or six guys."
9  Q.  Okay.
10  A.  "They were going to put a metal roof on the
11 old part of the house plus the new..." --
12  Q.  Okay.
13    MS. PELLETIER: I think it says
14 "construction."
15  A.  Is that what it is? "...construction I was
16 adding."
17    MS. PELLETIER: Adding.
18 BY MR. CVEJANOVICH:
19  Q.  Okay. Just keep reading unless I sort of
20 interrupt.
21  A.  "On the 7th, they were finishing up the
22 garage roof, which was separate from my job. I was
23 working on the new addition and had put in three

38

1 skylights on the front side. We had a..."
2    MS. PELLETIER: Discussion.
3  A.  Oh, discussion. "...discussion on the
4 flashing for the skylights. And I had to get a
5 different" or a -- "get a different type which was
6 compatible with the metal roof."
7  Q.  Okay. That's the flashing that you had to
8 get?
9  A.  Yes. That's correct.
10  Q.  I thought you had to get rubber. Was it
11 flashing rubber?
12  A.  The rubber is flashing.
13  Q.  Okay. Go ahead.
14  A.  It's just a different type.
15    "I had to leave for materials at 12:30 to
16 1 o'clock. I was talking to the crew chief, Bob
17 Dade, the..." --
18    MS. PELLETIER: Son.
19  A.  "...the son of the owner. We were in the
20 driveway."
21  Q.  Go ahead.
22  A.  "They were up around to the side of the
23 house. Our ladder was left on the ground. They had

39

1 put it up and front back" --
2  Q.  "Against the back."
3  A.  Oh. "...against the backside of the house.
4 I saw two men, Bob Dade and Mike, on the old house
5 next to the dormer. They said they were looking
6 around the dormer on the old house..."
7  Q.  Okay. Where is the dormer in the
8 photographs?
9  A.  This would be the dormer here.
10  Q.  Okay. So that's that area that's over the
11 entranceway?
12  A.  Yeah.
13  Q.  Okay. Here we go.
14  A.  "...to see what they would have to do."
15  Q.  It look his like it says, "I asked."
16  A.  "I asked if there was a problem. They did
17 not" something "on new" --
18  Q.  Oh. "They did not go"?
19  A.  "They did not go on the new part I was
20 working on. I had" something --
21  Q.  "Carved out"?
22  A.  "...carved out the skylight with 30
23 pound..."

40

1  Q.  Oh. "Covered?"
2  A.  Covered. Yeah. "...covered the roof of
3 the skylight" or something "with 30 pound felt
4 previously a week before or..."
5  Q.  So.
6  A.  "...or so."
7  Q.  All right. Let me stop you there. You
8 wouldn't cover the roof until after the skylight
9 holes were cut in, correct?
10  A.  The skylight -- the roof wouldn't get
11 covered until after it's cut in from the plywood.
12  Q.  Let me reask it. The process would be, you
13 put the plywood down and then cut the holes and then
14 put the tarp on, correct?
15  A.  That is correct.
16  Q.  I'm sorry. I called it tarp. Tarpaper?
17  A.  The paper, yeah.
18  Q.  The statement, correct me if I'm wrong,
19 says that the tarpaper had gone up about a week
20 before the events that you were talking about that
21 day, with the ladder and asking Dade if there was a
22 problem and stuff like that; is that correct?
23  A.  Yeah. It says a week or so.

41

1  Q.  So the holes for the skylight and the
2  tarpaper had been up for roughly a week when the
3  events that are taking place in order of the upper
4  middle part of the second page of the statement
5  occurred?
6        MS. PELLETIER:  Objection.
7        Go ahead.
8  A.  I don't know if it was a week or at the
9  time I didn't know if we were 100 percent sure.
10 BY MR. CVEJANOVICH:
11 Q.  But when you say 30-pound felt previously a
12 week before or so, it was a week before or so the day
13 that you and Bob were looking at the dormer and
14 around the dormer, correct?
15       MS. PELLETIER:  Objection.
16       Go ahead.
17 A.  I don't recall.
18 Q.  Okay.  Let me start over again, then.
19 Picking up where it says, "My ladder was left on the
20 ground.  They put it up against the backside of the
21 house.  I saw two men, Bob Dade and Mike, on the old
22 house next to the dormer.  They said they were
23 looking around the dormer on the old house to see

42

1  what they would have to do.  I asked if there was a
2  problem.  They did not go on the new part I was
3  working on.  I had covered" something "the skylight
4  with 30-pound felt previously a week before or so."
5  Correct?
6  A.  Yes.  But I don't know if it's at the same
7  time of the discussion which he was asking me about.
8  Q.  All right.  What else would you have meant
9  by "I had covered up the skylights with 30-pound felt
10 previously a week before or so"?
11       MS. PELLETIER:  Objection.
12       Go ahead.
13 A.  I think they -- you asked me whether or not
14 I had seen anybody up there and then there was
15 another question whether the paper was -- or when the
16 paper was put on.
17 BY MR. CVEJANOVICH:
18 Q.  Okay.  But were you saying that the paper
19 was put on a week or so before Bob Dade and Mike were
20 on the old house up on the ladder?
21 A.  No.  I'm not saying that.
22 Q.  Okay.  Well, then, help me out with what
23 you're saying about the -- putting the felt up a week

43

1  or so before, a week or so before what?
2  A.  The statement -- as the statement goes
3  through, there's a series of questions he asked me
4  and it's just kind of all blended together.
5  Q.  I'm sorry.
6  A.  Referring back to the felt paper, what I
7  say in the statement is it was put on a week or so
8  prior to --
9  Q.  Right.  And I'm trying to ask you prior to
10 what?
11 A.  I don't know.  I don't remember what the
12 question was.
13 Q.  All right.  Now, the next statement picking
14 up says, "Bob and Mike had been inside the new
15 addition and looked up to see the openings for the
16 skylight," correct?
17 A.  That's correct.
18 Q.  Having that sentence after the sentence
19 saying that you had covered up the skylight with
20 30-pound felt previously a week before or so, does
21 that help you --
22 A.  No, it doesn't.
23 Q.  -- recall what you meant by that?

44

1  A.  No, it doesn't.
2  Q.  And, again, follow along, "I pointed them
3  out with owner Mr. Jones," meaning what, pointed them
4  out?
5  A.  We were inside the house looking up at the
6  skylights.  Pointing them out to Bob and his helper,
7  I guess, Mike.
8  Q.  "I stayed" -- "I stopped" --
9        MR. RYDER:  Home.
10 A.  "Stopped home."
11 BY MR. CVEJANOVICH:
12 Q.  "Later in the day and my wife had call that
13 Bob..." --
14 A.  "Bob had" -- it's crossed out.  "...Bob had
15 fallen through a skylight."
16 Q.  Something is crossed out and then it says,
17 "had fallen through a skylight.  I rushed back" or
18 something back, "but the crew was gone.  There was a
19 hole in the felt paper.  The homeowners were home at
20 the time.  When I spoke to Mike the next week, he
21 said Bob forgot about the skylights."  Who is Mike?
22 A.  Mike would be the helper.
23 Q.  I thought you had said earlier that you did