UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30172-MAP

| | |
|---|---|
| ROBERT DADE,<br>   Plaintiff<br><br>v.<br><br>BOLAND BUILDERS, INC., THOMAS M. BOLAND, STUART JONES AND MARY ROSE JONES,<br>   Defendants | PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

     The Plaintiff Robert Dade hereby submits his supplemental initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A.    Name/address/telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**RESPONSE:**

4.    Michael Moffitt.  Address:  177 Mountain View Avenue, Bristol CT.

5.    Michael Voli is Michael Volonino, 121 Birch Street, Bristol CT.

6.    Keith Bryant.  Address:  317 Lake Plymouth Boulevard, Plymouth CT.

1

10. Robert E. Dade. Address: 51 Laurel Drive, Thomaston CT. He was the job bidder for Seamless Metals, and bid the job. He hired Robert M. Dade, Plaintiff, his son, as a subcontractor. He also had conversations with Tom Boland.

THE PLAINTIFF ROBERT DADE

By: _____
John A. Cvejanovich, BBO #549285
O'CONNELL, FLAHERTY & ATTMORE, LLC
1350 Main Street
Springfield, MA 01103
(413) 747-1773 (phone)
(413) 746-1529 (fax)

CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on 1/24/06 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to all counsel of record.

_____
John A. Cvejanovich

2