UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DADE,<br>          Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No. 04-30172-KPN<br>)<br>) |
| BOLAND BUILDERS, et al.,<br>          Defendants | )<br>) |

PROCEDURAL ORDER
RE: FINAL PRETRIAL CONFERENCE/TRIAL

NEIMAN, U.S.M.J.

The above entitled action is scheduled for final pretrial conference on April 13, 2006 at 1:00 p.m. in Courtroom Three, U.S. District Court, 1550 Main Street, Springfield, Massachusetts. Each party shall be represented at the conference by trial counsel.

Trial in this matter is scheduled to commence on April 24, 2006, at 9:00 a.m. Trial shall proceed from 9:00 a.m. to 12:00 p.m., and from 1:00 p.m. to 4:00 p.m. daily.

By March 16, 2006, Plaintiff shall send to Defendants any proposed jury instructions, special verdict form or special interrogatories. By March 30, 2006, Defendants shall inform Plaintiff in writing of (1) any objections (with specificity) to the proposed instructions, verdict forms or special interrogatories, (2) the basis for the objection(s) and (3) a proposed alternative instruction, special verdict form or special interrogatory.

Pursuant to the provisions of Local Rule 16.5 counsel shall meet prior to the conference to accomplish the following:

(1) to discuss and negotiate settlement of the action;
(2) to draft and sign a stipulation as all uncontested facts;
(3) to narrow the issues to be tried;
(4) to show to all parties any and all exhibits to be offered at trial;
(5) to notify all parties of the names and addresses of all witnesses to be called at trial, including names and qualifications of expert witnesses; and
(6) to discuss and narrow any differences with respect to jury instructions, special verdict forms or special interrogatories.

Counsel shall jointly prepare and file, by April 6, 2006, a pretrial memorandum which sets forth the following:

BY THE COURT:

DATED: November 4, 2005

/s/ Bethaney A. Healy
Bethaney A. Healy, Deputy Clerk