UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30172-KPN

| | |
|---|---|
| ROBERT DADE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| BOLAND BUILDERS, INC.,<br>THOMAS M. BOLAND, STUART JONES<br>AND MARY ROSE JONES,<br>    Defendants | )<br>)<br>)<br>) |

**DEFENDANT, BOLAND BUILDERS, INC. AND THOMAS M. BOLAND'S,
PROPOSED VOIR DIRE QUESTIONS**

1.  Have you, or any member of your family, been involved in any litigation?

2.  Have you or any member of your family been involved in a dispute with a contractor of any sort?

THE DEFENDANTS
BOLAND BUILDERS, INC. AND
THOMAS M. BOLAND

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of April, 2006.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

424090