

EXHIBIT I



Nancy Frankel Pelletier, Esq.

(413) 732-2301 ext. 142
npelletier@robinson-donovan.com

March 22, 2006

John A. Cvejanovich, Esq.
O'Connell, Flaherty & Attmore, L.L.C.
1350 Main Street
Springfield, MA 01103

    RE: Robert Dade v. Boland Builders, Inc., Thomas
         M. Boland, Stuart Jones and Mary Rose Jones
         Civil Action No.: 04-30172-KPN

Dear Mr. Cvejanovich:

    I still have yet to receive any additional documents from either you or Robert Dade's (senior) as discussed at the deposition of Mr. Dade. Please advise by the close of business today as to whether you intend to produce any such documents.

                               Sincerely,

                               Nancy Frankel Pelletier

NFP:rr
cc: Daniel H. Rider, Jr., Esq.
     Susan Duda
10397/40278

422922