**EXHIBIT J**

# O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
ATTORNEYS AT LAW
1350 MAIN STREET
SPRINGFIELD MA 01103-1628
TELEPHONE (413) 747-1773
FACSIMILE (413) 746-1529

JOHN A. CVEJANOVICH
E-Mail: jcvejanovich@ofalaw.com

Admitted in Massachusetts and Connecticut

OTHER OFFICES
280 TRUMBULL STREET, HARTFORD CT 06103
22 MAIN STREET, MOOSUP, CT 06354
50 NEWTOWN ROAD, DANBURY, CT 06810
65 LaSALLE ROAD, WEST HARTFORD, CT 06107

March 23, 2006

Attorney Nancy Frankel Pelletier        *VIA FAX: 785-4658*
ROBINSON, DONOVAN, P.C.
1500 Main Street
Springfield MA 01115

Re:   *Robert Dade v. Boland Builders, Inc., et al*

Dear Nancy:

    Mr. Dade informs me that the tax returns were mailed out to me today. As soon as they arrive, I will make a copy and make arrangements to have it hand delivered to you.

Yours truly,

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.

John A. Cvejanovich

JAC/jh

Cc:   Attorney Daniel Rider   *VIA FAX: 788-7526*