# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT DADE,
        Plaintiff

V.                                    CIVIL ACTION NO. 04-30172-KPN

BOLAND BUILDERS, INC., ET AL
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, U.S.M.J.

     The Court having been advised on April 20, 2006 that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                                        By the Court,

April 20, 2006                                             /s/ Mary Finn
Date                                                                Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                                                           [stlmtodism.]