UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

CIVIL ACTION NO.: 04-30172MAP

2006 APR 25 A 11:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT DADE, )
    PLAINTIFF )
V. )
) STIPULATION OF DISMISSAL
) WITH PREJUDICE
BOLAND BUILDERS, INC. )
THOMAS M. BOLAND, STUART JONES )
AND MARY ROSE JONES )
    DEFENDANTS )

The parties to the above-entitled action, pursuant to the provisions of Mass. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that the said action be dismissed with prejudice, without cost or interest as to Defendants Stuart Jones and Mary Rose Jones, Boland Builders, Inc., and Thomas M. Boland.

Attorney for Plaintiff,
Robert Dade

_____
John A. Cvejanovich, Esq.
O'Connell, Flaherty, Attmore, LLC
1350 Main Street
Springfield, MA 01103
(413) 747-1773/Fax (413) 746-1529
BBO # 549285

Dated: 4/24/06

Attorney for Defendants,
Stuart Jones and Mary Rose Jones

_____
Daniel H. Rider, Jr., Esq.
Law Offices of John N. White
1500 Main Street, P.O. Box 15369
Springfield, MA 01115-5369
(413) 788-0200/Fax (413) 788-7526
BBO # 552354

Dated: April 19, 2006

Attorney for the Defendants
Boland Builders/Thomas M. Boland

_____
Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
(413)785-4658/Fax (413)785-4658
BBO# 544402

Dated: 4/20/06